UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                           CHAPTER 7

CATHY ALLEN GUNTER                 CASE NO. 07-00348-5-JRL

DEBTOR.

## OBJECTION TO CLAIMS, NOTICE THEREOF, AND NOTICE OF TENTATIVE HEARING

The Trustee hereby objects to the following claim on the basis set forth and hereby gives notice to claimant of such objection:

| Claim # | Name and Address of Creditor (Claimant) | Amount of Claim | Basis of Objection and Relief Requested |
|---|---|---|---|
| 23 | SunTrust Mortgage, Inc. d/b/a Bancfinancial c/o Alan B. Powell, Attorney Roberson Haworth & Reese, P.L.L.C P.O. Box 1550 High Point, NC 27261 | $668,677.76 | Not proper secured claim. Real Property collateral abandoned by Trustee. None of funds held by Trustee were derived from collateral of claimant. Deny in full as secured claim. On information and belief, value of purported collateral was sufficient to satisfy debt in full. Deny in full as unsecured claim. |

**NOTICE IS HEREBY GIVEN** to the creditors/claimants named above that the relief requested by the Trustee herein may be granted without hearing or further notice if no response to the above objection is filed in writing with the Clerk, United States Bankruptcy Court, Post Office Box 1441, Raleigh, North Carolina 27602, within thirty (30) days of the date of this objection and notice. **FURTHER NOTICE IS HEREBY GIVEN** if a response and a request for hearing is filed in writing within the time indicated, a hearing will be conducted on the Motion and response thereto on December 21, 2010 at 11:30 a.m. at the United States Courthouse and Post Office Building, 3rd Floor Courtroom, 300 Fayetteville Street, Raleigh, North Carolina. Any party requesting a hearing shall appear at the hearing in support of such request or he may be assessed with costs.

DATE OF OBJECTION AND NOTICE: November 17, 2010.

                                                     *s/Gregory B. Crampton*
                                                     Gregory B. Crampton
                                                     State Bar #991
                                                     Chapter 7 Trustee
                                                     NICHOLLS & CRAMPTON, P.A.
                                                     Post Office Box 18237
                                                     Raleigh, North Carolina 27619
                                                     Telephone: (919) 781-1311

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| **CATHY ALLEN GUNTER** | CASE NO. 07-00348-5-JRL |
| DEBTOR | |

**AFFIDAVIT**

The undersigned, Gregory B. Crampton, Chapter 7 Trustee in the above referenced case, being duly sworn, deposes and says as follows:

1. That he was appointed Trustee in the above referenced Chapter 7 Bankruptcy case on February 23, 2007.

2. That he has reviewed the attached Objection to Claim and Notice Thereof relating to claim number 23 and that the information contained therein is true and accurate to the best of his knowledge and belief.

3. That the above statements are true.

*Gregory B. Crampton*
Gregory B. Crampton
Chapter 7 Trustee
State Bar #991
NICHOLLS & CRAMPTON, P.A.
P. O. Box 18237
Raleigh, NC 27619
Telephone: 919/781-1311

Sworn to and subscribed before me,
this 17th day of November, 2010.

*Phyllis W. Hill*
Notary Public

My Commission Expires: 1-25-2015

[Notary Seal: PHYLLIS W. HILL, NOTARY PUBLIC, WAKE COUNTY, N.C.]

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing **OBJECTION TO CLAIMS, NOTICE THEREOF, AND NOTICE OF TENTATIVE HEARING** was served this day by placing a copy thereof in a depository under the exclusive care and custody of the United States Postal Service in a postage prepaid envelope and properly addressed as follows:

| | |
|---|---|
| Mrs. Marjorie K. Lynch<br>Bankruptcy Administrator<br>P.O. Box 3758<br>Wilson, NC 27895-3758 | VIA CM/ECF E-MAIL SERVICE ONLY<br>John T. Orcutt<br>Attorney for Debtor |
| SunTrust Mortgage, Inc.<br>d/b/a Bancfinancial<br>c/o Alan B. Powell, Attorney<br>Roberson Haworth & Reese, P.L.L.C<br>P.O. Box 1550<br>High Point, NC 27261 | Cathy Allen Gunter<br>10210 Arrow Creek Drive Apt. 301<br>Raleigh, NC 27617 |

This the 17th day of November, 2010.

*s/Phyllis Hill*
Phyllis W. Hill
Paralegal

O:\CH7\TR-GBC\A-Gunter,Cathy Claim Obj\Obj.Claim.23.wpd