UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                                                    CHAPTER 7

CATHY ALLEN GUNTER                                               CASE NO. 07-00348-5-JRL

DEBTOR.

## OBJECTION TO CLAIMS, NOTICE THEREOF, AND NOTICE OF TENTATIVE HEARING

The Trustee hereby objects to the following claims on the basis set forth and hereby gives notice to claimant of such objections:

| Claim # | Name and Address of Creditor (Claimant) | Amount of Claim | Basis of Objection and Relief Requested |
|---|---|---|---|
| 25 | American Infosource LP, as Agent for FIA Card Services, NA/Bank of America Attn: Managing Agent 4515 N Santa Fe Ave. Oklahoma City, OK 73118 | $8,275.91 | Proof of claim filed after claims bar date. Deny claim in full. |
| 26 | American Infosource LP, as Agent for FIA Card Services, NA/Bank of America Attn: Managing Agent 4515 N Santa Fe Ave. Oklahoma City, OK 73118 | $17,439.93 | Proof of claim filed after claims bar date. Deny claim in full. |

**NOTICE IS HEREBY GIVEN** to the creditors/claimants named above that the relief requested by the Trustee herein may be granted without hearing or further notice if no response to the above objections is filed in writing with the Clerk, United States Bankruptcy Court, Post Office Box 1441, Raleigh, North Carolina 27602, within thirty (30) days of the date of this objection and notice. **FURTHER NOTICE IS HEREBY GIVEN** if a response and a request for hearing is filed in writing within the time indicated, a hearing will be conducted on the Motion and response thereto on December 21, 2010 at 11:30 a.m. at the United States Courthouse and Post Office Building, 3rd Floor Courtroom, 300 Fayetteville Street, Raleigh, North Carolina. Any party requesting a hearing shall appear at the hearing in support of such request or he may be assessed with costs.
DATE OF OBJECTION AND NOTICE: November 17, 2010.

                                                                 *s/Gregory B. Crampton*
                                                                 Gregory B. Crampton
                                                                 State Bar #991
                                                                 Chapter 7 Trustee
                                                                 NICHOLLS & CRAMPTON, P.A.
                                                                 Post Office Box 18237
                                                                 Raleigh, North Carolina  27619
                                                                 Telephone:  (919) 781-1311

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                          CHAPTER 7

**CATHY ALLEN GUNTER**                  CASE NO. 07-00348-5-JRL

       **DEBTOR**

### AFFIDAVIT

The undersigned, Gregory B. Crampton, Chapter 7 Trustee in the above referenced case, being duly sworn, deposes and says as follows:

1.     That he was appointed Trustee in the above referenced Chapter 7 Bankruptcy case on February 23, 2007.

2.     That he has reviewed the attached Objection to Claims and Notice Thereof relating to claims number 25 and 26 and that the information contained therein is true and accurate to the best of his knowledge and belief.

3.     That the above statements are true.

                                                      /s/ Gregory B. Crampton
                                                      Gregory B. Crampton
                                                      Chapter 7 Trustee
                                                      State Bar #991
                                                      NICHOLLS & CRAMPTON, P.A.
                                                      P. O. Box 18237
                                                      Raleigh, NC 27619
                                                      Telephone: 919/781-1311

Sworn to and subscribed before me,
this 17th day of November, 2010.

/s/ Phyllis W. Hill
Notary Public

My Commission Expires: 1-25-2015

[Notary Seal: PHYLLIS W. HILL, NOTARY PUBLIC, WAKE COUNTY, N.C.]

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing **OBJECTION TO CLAIMS, NOTICE THEREOF, AND NOTICE OF TENTATIVE HEARING** was served this day by placing a copy thereof in a depository under the exclusive care and custody of the United States Postal Service in a postage prepaid envelope and properly addressed as follows:

| | |
|---|---|
| Mrs. Marjorie K. Lynch<br>Bankruptcy Administrator<br>P.O. Box 3758<br>Wilson, NC 27895-3758 | VIA CM/ECF E-MAIL SERVICE ONLY<br>John T. Orcutt<br>Attorney for Debtor |
| American Infosource LP,<br>as Agent for FIA Card Services, NA/Bank of America<br>Attn: Managing Agent<br>4515 N Santa Fe Ave.<br>Oklahoma City, OK 73118 | Cathy Allen Gunter<br>10210 Arrow Creek Drive Apt. 301<br>Raleigh, NC 27617 |

This the 17th day of November, 2010.

*s/Phyllis Hill*
Phyllis W. Hill
Paralegal

O:\CH7 TR-GBC\A-Gunter,Cathy Claim Obj\Obj.Claim.25&26.wpd